UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROCK 51 LLC,

                Appellant,

-against-

PREF 7 WEST 51ST STREET LLC,

                APPELLEE.

25-cv-3027 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The Court is in receipt of appellant Rock 51's motion to stay execution and enforcement of the eviction warrant pending the conclusion of this appeal. *See* Dkt. 11. Appellee Pref 7 West 51st Street LLC shall submit any opposition to Rock 51's motion by June 17, 2025. The Court will hold a hearing on the motion to stay on Friday, June 20, 2025 at 3:00 PM in Courtroom 15A, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: June 16, 2025
       New York, New York

                                              ARUN SUBRAMANIAN
                                             United States District Judge