UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROCK 51 LLC,

                Appellant,

-against-

PREF 7 WEST 51ST STREET LLC,

                Appellee.

25-cv-3027 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      I held a hearing in this case on June 20, 2025. Mr. Lee Buchwald appeared in the gallery of the courtroom. While in private practice at Susman Godfrey, Mr. Buchwald was a client of mine, although we have not worked together in over a decade. On review of the bankruptcy court docket, the Court discovered that Mr. Buchwald serves as the Chief Restructuring Officer for appellant Rock 51.

      While I do not believe that my former representation involving Mr. Buchwald has relevance to this case or creates any conflict, in an abundance of caution I wanted to make sure that I disclosed this relationship. If either side has any questions or concerns, or would want this case reassigned, the parties should inform the Court by Monday, June 23, 2025 at 10 am, so that any request can be promptly addressed.

      SO ORDERED.

Dated: June 20, 2025
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge