**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ROCK 51 LLC,

                             Appellant,

       -against-                                        25 **CIVIL** 3027 (AS)

                                                         **JUDGMENT**

PREF 7 WEST 51ST STREET LLC,

                             Appellee.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated January 2, 2026, the decision and order of the Bankruptcy Court are AFFIRMED. Judgment is entered in appellee's favor; accordingly, the case is closed.

**Dated:**  New York, New York

       January 5, 2026

                                             **TAMMI M. HELLWIG**

                                      _____
                                            **Clerk of Court**

                     **BY:**              K. Mango

                                             _____
                                             **Deputy Clerk**